**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ANITA WATSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-1072 |
| | § | |
| HOUSTON HOUSING AUTHORITY, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Service of this action, filed on March 26, 2010, has not been effected. Federal Rule of Civil Procedure 4(m) provides in part:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The plaintiff must file proof of service no later than **August 6, 2010**. Failure to do so may lead to the dismissal of this case. The initial pretrial conference set for **August 27, 2010** is canceled. It will be reset, if appropriate, after proof of service is filed.

SIGNED on June 28, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge